**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

NAFISEH JALILI #A221-349-288       CASE NO.  3:25-CV-02143 SEC P

VERSUS       JUDGE TERRY A. DOUGHTY

WARDEN BOWEN       MAGISTRATE JUDGE DAVID J. AYO

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 11], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Nafiseh Jalili's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including Warden Bowen of Richwood Correctional Center, must (1) release Petitioner from custody without bond as soon as reasonably possible, under reasonable conditions of supervision if necessary; (2) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of her release no less than two hours before her release; and (3) **notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 27th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE